IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HAROLD R. MITCHELL | ) | |
| | ) | |
| v. | ) | NO. 3:09-0920 |
| | ) | |
| TENNESSEE STATE UNIVERSITY | ) | |

**O R D E R**

At the request of counsel, the Order entered January 27, 2011, Docket Entry No. 24, is MODIFIED as follows:

By **4:00 p.m. on Tuesday, April 5, 2011**, plaintiff and defendant shall deliver[1] *under seal*, directly to Ms. Jeanne Cox, Courtroom Deputy to the undersigned, or Mr. Steve Wilson or Mr. Peter Malanchuk, law clerks to the undersigned, ex parte, separate settlement conference statements which shall specify their respective settlement positions.

1. Counsel for defendant shall initiate a conference call with the Court and the other counsel in this case at **12:00 noon, Thursday, April 7, 2011**, to discuss any matters that the Court and/or the parties may have with regard to the conduct of the settlement conference.

No other portions of Docket Entry No. 24 are changed.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The parties may fax their settlement conference statements to the Court at 615/736-7070. In the alternative, for personal delivery, the Court's address is: 756 U.S. Courthouse, 801 Broadway, Nashville, TN 37203. Mailing the statement is the least efficient method for getting the statements to the Court inasmuch as mail service to this office is often delayed for a variety of reasons. If faxed, the undersigned does not need a mailed or hand delivered copy of the statement.